# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RALPH AHMAD and ASVINDER AHMAD, | 3:09-cv-00071-LRH-(RAM) |
| Plaintiffs, | |
| vs. | ORDER |
| JAMES DIMARTINO and WESTERN TITLE COMPANY, | |
| Defendants. | |

     Plaintiffs have not responded to this Court's Order (#6) advising that Defendant Western Title Company's Motion to Dismiss Complaint (#3) would be granted for failure to respond pursuant to Local Rule 7-2(d) by Friday, April 10, 2009.

     The copy of Order (#6) was returned in the mail marked "Not Deliverable As Addressed." Plaintiffs have failed to comply with Local Rule LSR 2-2, which requires Plaintiffs to promptly inform the Court of any changes in address

     IT IS ORDERED that Defendant Western Title Company's Motion to Dismiss Complaint (#3) is hereby GRANTED.

///

///

///

///

///

1    IT IS FURTHER ORDERED that this action is DISMISSED without prejudice for
2 Plaintiffs' failure to inform the court of their current address.  The Clerk of the Court shall enter
3 judgment according.

4    DATED this 17th day of April, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE