AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

RALPH AHMAD and ASVINDER AHMAD,

      Plaintiffs,

V.

JAMES DIMARTINO and WESTERN TITLE COMPANY,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:09-cv-00071-LRH-RAM**

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant Western Title Company's #3 Motion to Dismiss Complaint is hereby GRANTED. IT IS FURTHER ORDERED that this action is DISMISSED without prejudice for Plaintiffs' failure to inform the court of their current address.

  April 20, 2009                                    **LANCE S. WILSON**
                                                                     Clerk

                                                                     /s/ Kalani Lizares
                                                                       Deputy Clerk